# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

## MISCELLANEOUS CASE INFORMATION SHEET

| **PLAINTIFF:** Arthur Kill Properties, LLC | **DEFENDANT:** Advantage Chevrolet |
|---|---|

| **IN THE MATTER OF:** Arthur Kill Properties, LLC v. Advantage Chevrolet |
|---|

| **CAUSE OF ACTION:** Petition to Enforce Arbitral Subpoena in the Arthur Kill Properties, LLC v. Neal DeVito arbitration before the American Arbitration Association, Case No.: 02-22-0005-1954. |
|---|

| **RELIEF SOUGHT:** An order directing Advantage Chevrolet to comply with the Arbitral Subpoena, issued by Arbitrator Vincent Gentile, dated November 27, 2023, and served on Advantage Chevrolet on December 5, 2023. |
|---|

| **ATTORNEY FOR PLAINTIFF:** Milman Labuda Law Group PLLC<br>Michael J. Mauro, Esq.<br>3000 Marcus Avenue, Suite 3W8<br>Lake Success, NY 11042 | **ATTORNEY FOR DEFENDANT:** N/A |
|---|---|

I am currently a member in good standing of the bar of this Court: ☑ YES ☐ NO

Signature of Attorney of Record: _____  Date: 02/14/2024